UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CUNEYT KUTLUCA and TANIQUA
BROWN, individually and on behalf of all
others similarly situated,

                       Plaintiff(s),

vs.

PQ NEW YORK, INC., PQ OPERATIONS,
INC., PQ LICENSING S.A., PQ 933
BROADWAY, INC., PQ CENTRAL PARK
INC., and DOES 1 – 51,

                       Defendant(s).

Case No. 16-cv-3070 (VSB)

**NOTICE OF SUBSTITUTION OF COUNSEL AND CHANGE OF ADDRESS**

---

**PLEASE TAKE NOTICE** that Defendants PQ NEW YORK, INC., PQ OPERATIONS, INC., PQ 933 BROADWAY, INC., and PQ CENTRAL PARK INC. hereby substitute Anne B. Sekel and James Nicholas (who previously was admitted *pro hac vice* to practice before this Court in connection with the above-captioned matter) as counsel of record in the above-captioned matter in place of George M. Patterson of Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, PC, Chrysler Center, 666 Third Avenue, New York, NY 100017 and Erin Cornell Horton of the same firm, One Financial Center, Boston, Massachusetts 012111.

Contact information for Ms. Sekel is as follows:

    Foley & Lardner LLP
    90 Park Avenue
    New York, NY 10016
    Telephone: (212) 682-7474
    E-mail: asekel@foley.com;

4833-3121-1058.1

**PLEASE TAKE FURTHER NOTICE** that James Nicholas is no longer associated with Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, PC, and is now a partner of Foley & Lardner LLP. Mr. Nicholas' new contact information is as follows:

> Foley & Lardner LLP
> 111 Huntington Avenue, Suite 2600
> Boston, MA 02199-7610
> Telephone: (617) 342-4000
> E-mail: jnicholas@foley.com

All future correspondence and papers in this action should be directed to Ms. Sekel and Mr. Nicholas.

CONSENTING TO THE SUBSTITUTION         PQ NEW YORK, INC.

DATE: JUNE 17, 2016

By: _Sanjiv B. M[signature]_

CONSENTING TO THE SUBSTITUTION         PQ OPERATIONS, INC.,

DATE: JUNE 17, 2016

By: _Sanjiv B. M[signature]_

CONSENTING TO THE SUBSTITUTION         PQ 933 BROADWAY, INC.

DATE: JUNE 17, 2016

By: _Sanjiv B. M[signature]_

CONSENTING TO THE SUBSTITUTION         PQ CENTRAL PARK INC.

DATE: JUNE 17, 2016

By: _Sanjiv B. M[signature]_

4833-3121-1058.1

ACCEPTING THE SUBSTITUTION OF COUNSEL

DATE: JUNE 17, 2016

**FOLEY & LARDNER LLP**
ANNE B. SEKEL
JAMES NICHOLAS


By: /s/ Anne B. Sekel
    ANNE B. SEKEL

3