```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __8/1/2016__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
          :
CUNEYT KUTLUCA AND TANIQUA    :
BROWN, *individually and on behalf of all*  :
*others similarly situated*,         :
          :    16-CV-3070 (VSB)
        Plaintiffs,  :
          :    **ORDER**
      -v-     :
          :
PQ NEW YORK INC., PQ OPERATIONS  :
INC., PQ LICENSING S.A., PQ 933    :
BROADWAY, INC., PQ CENTRAL PARK, :
INC., DOES 1-51,         :
          :
        Defendants.  :
         :
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      I am in receipt of the following submissions: (1) Plaintiffs' pre-motion letter, dated July 7, (Doc. 34), regarding their anticipated motion for conditional certification; (2) Defendants' pre-motion letter, dated July 7, (Doc. 35), regarding their anticipated motion to compel arbitration; (3) Defendants' response letter, dated July 12, (Doc. 41); (4) Plaintiffs' response letter, dated July 15, (Doc. 42); (5) the parties' joint letter, dated July 21, (Doc. 45); (6) Defendants' pre-motion letter, dated July 25, (Doc. 46); regarding their anticipated motion to stay discovery; and (7) Plaintiffs' response letter, dated July 28, (Doc. 47).  On July 29, I held a pre-motion conference regarding the parties' anticipated motions.

      As discussed on the record at the July 29 pre-motion conference, Defendants are directed to file their motion to compel arbitration on or before August 3.  Plaintiffs' opposition to Defendants' motion is due on or before September 8, and Defendants' reply, if any, is due

September 22. For the reasons stated on the record, Plaintiffs' motion for conditional certification is held in abeyance and discovery is stayed during the pendency of Defendants' motion to compel arbitration.

    SO ORDERED.

Dated: August 1, 2016
       New York, New York

                                        Vernon S. Broderick
                                        United States District Judge